UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION,

| | |
|---|---|
| EILEEN MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 2:06CV0004MLM |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that summary judgment is entered in favor of the United States Department of Agriculture and against Plaintiff Eileen Miller and that Plaintiff's Complaint is **DISMISSED**.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of September, 2006.